**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eugenio HAROS–GIRON,**
**Defendant–Appellant.**

**No. 11–50563.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 19, 2012.

Arnold Dale Blankenship, Bruce R. Castetter, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Gordon Stewart Brownell, St. Helena, CA, for Defendant–Appellant.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Eugenio Haros–Giron appeals from the 60–month sentence imposed following his guilty-plea conviction for conspiracy to import marijuana, in violation of 21 U.S.C. §§ 952, 960, 963; and importation of marijuana and aiding and abetting, in violation of 21 U.S.C. §§ 952, 960, and 18 U.S.C. § 2. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Haros–Giron contends that the district court erred by denying him relief under the safety valve provision of the Guidelines. *See* U.S.S.G. § 5C1.2. This contention fails. The record supports the district court's determination that Haros–Giron acted as a manager or supervisor during the commission of the offense. *See* U.S.S.G. § 3B1.1(b); *United States v. Egge,* 223 F.3d 1128, 1132 (9th Cir.2000). Because Haros–Giron's aggravating role in the offense precludes the application of safety valve relief, the district court did not err. *See* U.S.S.G. § 5C 1.2(a)(4).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.